**Michael JOHNS, Appellant,**

v.

**GREEN HILLS RURAL DEVELOPMENT, INC.,**
**et al., Respondents.**

**No. WD 74475.**

Missouri Court of Appeals,
Western District.

Oct. 2, 2012.

Daniel D. Whitworth, Joplin, MO, for Appellant.

Richmond M. Enochs and Jason R. Whitener, Kansas City, MO, for Respondents Green Hills Rural Development, Inc., Randall Railsback, Jacqueline Soptic, Jerry Ann Robbins, and Wilma Elaine Loghry.

Brent Turner, Chillicothe, MO, for Respondent City of Chillicothe, Missouri.

Before Division Three:  VICTOR C. HOWARD, Presiding Judge, and KAREN KING MITCHELL and CYNTHIA L. MARTIN, Judges.

### Order

PER CURIAM:

This is (allegedly) a taxpayer suit and a civil conspiracy case.   The issue is whether the petition states facts that would entitle the plaintiff to relief under either theory.   It does not.   Accordingly, we affirm.   Rule 84.16(b).